1 | Robert J. McKennon (123176), rmckennon@barwol.com
2 | Robert E. Hess (178042), rhess@barwol.com
  | Sara A. Maunder (238104), smaunder@barwol.com
  | BARGER & WOLEN LLP
3 | 19800 MacArthur Boulevard, 8th Floor
  | Irvine, California  92612
4 | Telephone:  (949) 757-2800 / Facsimile:  (949) 752-6313

5 | Attorneys for Defendant
  | United Agricultural Benefit Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS HOSPITAL OF MANTECA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AGRICULTURAL BENEFIT TRUST, dba UNITED AGRICULTURE EMP; and DOES 1 through 100, inclusive<br><br>Defendant. | CASE NO.: 2:06-CV-01936-WBS-DAD<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' REQUESTS FOR TELEPHONIC APPEARANCE<br><br>DATE: October 30, 2006<br>TIME:  1:30 p.m.<br>DEPT:  5<br><br>Complaint Filed: July 17, 2006 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

[PROPOSED] ORDER GRANTING
THE PARTIES' REQUESTS
FOR TELEPHONIC APPEARANCE

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that counsel for Plaintiff Doctors' Hospital of Manteca and counsel for Defendant United Agricultural Benefit Trust may appear by telephone at the hearing on the Motion to Remand scheduled for October 30, 2006 at 1:30 p.m.

Dated: October 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **October 26, 2006**, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING THE PARTIES' REQUESTS FOR TELEPHONIC APPEARANCE** on the interested parties in this action by placing [ ] the original [**X**] a true copy thereof enclosed in sealed envelope addressed as stated below.

Rebecca A. Cucu                              Attorney for Plaintiff
Helton Law Group, LLP
401 E. Ocean Blvd., Suite 510
Long Beach, California 90802
Tel: (562) 901-4499
Fax: (562) 901-4488

[**X**] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **OVERNIGHT DELIVERY:** I am "readily familiar' with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ] **BY PERSONAL SERVICE**    I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[**X**] **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **October 26, 2006**.

NAME: Laurie St. Claire            /s/ Laurie St. Claire
                                   (Signature)

PDF created with pdfFactory trial version www.pdffactory.com